1  PHILLIP A. TALBERT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:13-MJ-00067-JLT |
|---|---|
| Plaintiff, | MOTION TO DISMISS COMPLAINT [FED. R. CRIM. PROC. 48(a)] |
| v. | |
| BULMARO BRITO MORALES, | |
| Defendants. | |

Comes now the United States, by and through its attorneys of record, PHILLIP A. TALBERT, United States Attorney, and LAUREL J. MONTOYA, Assistant U.S. Attorney, and request leave of the Court to dismiss the Complaint in this case as to the above-named defendant in the interest of justice. This request is made because the defendant is subject to serving the remainder of his original sentence in the Bureau of Prisons.

The government further requests that the arrest warrant for each defendant be recalled by the Court and that defendant MORALES be ordered transported to the Bureau of Prisons forthwith to serve the remainder of his previously ordered commitment.

Dated: July 12, 2017                      PHILLIP A. TALBERT
                                          United States Attorney


                                    By: /s/ LAUREL J. MONTOYA
                                          LAUREL J. MONTOYA
                                          Assistant United States Attorney

///

MOTION TO DISMISS COMPLAINT; ORDER                    1

## **ORDER**

IT IS SO ORDERED that the Complaint be dismissed as to defendant MORALES, that the arrest warrant be recalled, and that the defendant be transported by the United States Marshals Service to the Bureau of Prisons forthwith.

IT IS SO ORDERED.

Dated: **July 12, 2017**              **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE